No. 309. MOORE *v.* LOWE, SHERIFF. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia and motion for leave to proceed further *in forma pauperis* denied. *Mr. John C. Palmer,*

*Jr.,* for petitioner. No appearance for respondent.